# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANETTE INIGUEZ,** | ) Case No. 3:15-cv-05200-RS |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **CITIBANK (SOUTH DAKOTA), N.A.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this <u>6th</u> day of April, 2016.

_____
The Honorable Richard Seeborg